IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CALIFORNIA CORRECTIONAL<br>INSTITUTE SECOND WATCH, et al.,<br><br>　　　　Defendants. | 1:06-cv-01441-OWW-SMS-PC<br><br>ORDER DENYING MOTION TO<br>VACATE JUDGMENT AS MOOT<br><br>(DOCUMENT #6) |

　　　Plaintiff is a prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On November 14, 2007, plaintiff filed a motion to vacate the court's judgment. In light of the fact that the court has not entered judgment in this action, the motion is DENIED.

　　　IT IS SO ORDERED.

**Dated:　November 15, 2007**　　　　　　　　　　　　　/s/ **Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE