IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIE WEAVER,**<br><br>              **Plaintiff,**<br><br>      vs.<br><br>**CALIFORNIA CORRECTIONAL INSTITUTION,**<br><br>              **Defendant.** | No. CV-F-06-1441 OWW/DLB<br><br>ORDER DENYING PLAINTIFF'S MOTION TO VACATE JUDGMENT (Doc. 10) |

**Plaintiff's motion to vacate judgment is DENIED. This action was dismissed and judgment for Defendant entered because of Plaintiff's failure to comply with a Court Order. Plaintiff's motion states no grounds to vacate this ruling and Plaintiff still has not complied with the Court Order.**

IT IS SO ORDERED.

**Dated:   June 12, 2008**                           /s/ Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE

1